*Vacated per order filed 5/16/18.*

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSICA GORDON, D.O.; AND
INPATIENT CONSULTANTS OF
NEVADA, INC., A MEDICAL
CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DAVID M. JONES, DISTRICT JUDGE,
Respondents,
  and
WILLIAM NATHAN BAXTER,
Real Party in Interest.

No. 75427

FILED

MAY 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This petition was docketed in this court on March 27, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this petition is dismissed.[1]

It is so ORDERED.

_____, C.J.

---

[1]Dignity Health's motion for leave to join in petition for writ of mandamus filed April 16, 2018, and Brian Lipman M.D.'s motion for leave to join in petition for writ of mandamus filed April 24, 2018, are denied as moot.

18-17990

cc: Hon. David M. Jones, District Judge
John H. Cotton & Associates, Ltd.
Kenneth M. Sigelman & Associates
Eighth District Court Clerk